Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AVIHOU MISHNIOT, an individual;<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL RECOVERY SYSTEMS, LTD doing business as NATIONAL RECOVERY SYSTEMS, a foreign corporation;<br><br>Defendants. | Case No.: 2:16-cv-01061-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT [ECF. No. 18] [First Request]** |

Plaintiff, Avihou Mishniot ("Mr. Mishniot"), and Defendant, International Recovery Systems, LTD doing business as National Recovery Systems, ("NRS") have agreed to extend the time for Mr. Mishniot to file an Response to NRS's Motion to Dismiss First Amended Complaint [ECF No. 18] to **September 16, 2016**. NRS filed its Motion to Dismiss First Amended Complaint [ECF No. 18] on August 18, 2016 and the current response deadline is September 4, 2016;

Mr. Mishniot requests this extension given the upcoming holiday and to permit the parties discuss possible resolution of this matter. This brief extension will allow the parties to further explore settlement options without expending unnecessary attorneys' fees and costs;

///

///

///

///

This is the first request for an extension to respond to NRS's Motion to Dismiss First Amended Complaint [ECF No. 18], and this request is made in good faith and not for the purpose of delay.

| Dated: September 1, 2016 | Dated: September 1, 2016 |
|---|---|
| **FENNEMORE CRAIG, P.C.** | **LAW OFFICE OF KEVIN L. HERNANDEZ.** |
| */s/ Douglas M. Cohen* | */s/ Kevin L. Hernandez* |
| Douglas M. Cohen, Esq. (Bar No. 1214) | Kevin L. Hernandez, Esq. |
| Anthony Austin, Esq. (Bar No. 10850) | Nevada Bar No. 12594 |
| 300 South Fourth Street, Suite 1400 | 9555 S. Eastern Avenue, Suite 220A |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89123 |
| *Attorneys for Defendant* | *Attorney for Plaintiff* |

### **ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: September 2, 2016.